UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PAUL COLANTUONO,

                        Plaintiff,                       21 **CIVIL** 9288 (PGG)(SLC)

       -v-                                               **JUDGMENT**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 9, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
             May 9, 2022

                                                   **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                             BY:
                                                    **Deputy Clerk**