```
CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax:  (631) 929-1700
      CJB-8865
Attorney for Plaintiff
```

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.
Dated: September 8, 2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
PAUL COLANTUONO,                      :   NOTICE OF
                                          FOR ATTORNEYS FEES
               Plaintiff,             :   PURSUANT TO
                                          28 U.S.C. § 2412
                                      :
      -against-                           1:21-Civ-9288(PGG)(SLC)
                                      :

KILOLO KIJAKAZI, ACTING               :
COMMISSIONER OF SOCIAL SECURITY,
                                      :
               Defendant.
--------------------------------------X
```

PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated August 8, 2022, plaintiff will move this Court before Honorable Paul G. Gardephe, United States District Court Judge presiding, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007, on submission, for an order:

(1) Accepting plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

(2) Granting plaintiff leave to defer filing a memorandum of law in support of her application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

    (3)  for such other and further relief as this Court may deem just and proper.

Dated:    Shoreham, New York
           August 8, 2022

                              Respectfully submitted,

                              */s/Christopher James Bowes*
                              CHRISTOPHER JAMES BOWES, ESQ.
                              54 Cobblestone Drive
                              Shoreham, New York 11786
                              Tel.: (212) 979-7575
                              Fax:  (631) 979-1700
                                  CJB-8865
                              Attorney for Plaintiff


To:  Oona Peterson, Esq.
     Office of the General Counsel
     Social Security Administration
     26 Federal Plaza, Room 3904
     New York, NY 10278
     Attorneys for Defendant